**Dawn Dempsy SUTTON, Petitioner—
Appellant,**

v.

**Gary L. WINKLER, Respondent—
Appellee.**

No. 04–7274.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 12, 2005.

Decided: May 17, 2005.

Dawn Dempsey Sutton, Appellant pro
se.

Rudolf A. Renfer, Jr., Assistant United
States Attorney, Raleigh, North Carolina,
for Appellee.

Before TRAXLER, KING, and
SHEDD, Circuit Judges.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Dawn Dempsey Sutton, a federal prisoner, appeals the district court's orders denying relief on his petition filed under 28
U.S.C. § 2241 (2000), and denying his motion for reconsideration. We have reviewed the record and find no reversible
error. Accordingly, we affirm on the reasoning of the district court. *See Sutton v.
Winkler,* No. CA–03–847–5–H (E.D.N.C.

Apr. 22 & June 30, 2004). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*